THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CARL E. J. VAN POUCKE, Appellant.

(Argued June 10, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Supreme Court, rendered March 1, 1918, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William G. Keir* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Concurs under section 542 of Code of Criminal Procedure: HOGAN, J.